

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00257-CV
_____

IN THE MATTER OF J.B.

On Appeal from Probate Court No. 1
Denton County, Texas
Trial Court No. MH-2022-00474

Before Sudderth, C.J.; Bassel and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant has filed an unopposed motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: August 4, 2022